OPINION — AG — ** AD VALOREM TAXATION — COURT CLERK — PROCEEDS ** THE OFFICE OF THE COURT CLERK MAY BE FUNDED FROM PROCEEDS FROM A COUNTY'S AD VALOREM TAXES, AND SUCH FINDING IS 'NOT' A VIOLATION OF ARTICLE IX, SECTION 9
OKLAHOMA CONSTITUTION, WHICH BY ITS TERMS WOULD PROHIBIT THE USE OF AD VALOREM TAX PROCEEDS FOR STATE PURPOSES. (DUTIES, COUNTY OFFICER) CITE: 10 O.S. 175.1 [10-175.1], 12 O.S. 33 [12-33], 19 O.S. 215.19 [19-215.19], 19 O.S. 180.58 [19-180.58], 19 O.S. 313 [19-313], 20 O.S. 1221 [20-1221], 43 O.S. 5 [43-5], ARTICLE X, SECTION 9, ARTICLE XVII, SECTION 2 (GUY L. HURST)